CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 14 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JASON S. KARAVIAS, II,<br>  Plaintiff, | Civil Action No. 7:12-cv-00624 |
| v. | **ORDER** |
| COMMONWEALTH OF VA, <u>et al.</u>,<br>  Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims against Nurse Whitt are **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and Nurse Whitt is **TERMINATED** as a defendant, pursuant to Fed. R. Civ. P. 21.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 14th day of June, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge