CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJLs
JUL 23 2013
JULIA C. DUDLEY, CLERK
BY: H McDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON S. KARAVIAS, II, | ) | Civil Action No. 7:12-cv-00624 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMONWEALTH OF VA, <u>et al.</u>, | ) | By:  Hon. Jackson L. Kiser |
|    Defendants. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion for summary judgment is **GRANTED**; plaintiff's motion to compel is **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 23rd day of July, 2013.

                                                        /s/ Jackson L. Kiser
                                                        Senior United States District Judge