IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON S. KARAVIAS, II,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:12-cv-00624 |
| v. | ) ) ) | <u>ORDER</u> |
| COMMONWEALTH OF VA, <u>et al.</u>,<br>    Defendants. | ) ) | By:   Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the July 23, 2013, Memorandum Opinion and Order are **VACATED**; defendants' motion for summary judgment is **GRANTED**; plaintiff's motion for summary judgment is **DENIED**; plaintiff's motion to compel is **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 26th day of July, 2013.

                                                Senior United States District Judge